MARION COLON, Respondent, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

(Argued May 24, 1934; decided June 8, 1934.)

*Paul Windels, Corporation Counsel (Paxton Blair* of counsel), for appellant.

*Arthur K. Wing* and *James G. Purdy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.